As in requests for writs of prohibition and mandamus, we will not invoke extraordinary jurisdiction unless the record clearly demonstrates a petitioner's rights. Even a clear showing that a petitioner is aggrieved does not assure that this Court will exercise its discretion to grant the requested relief."). In my view, the underlying issue of public interest warrants full development in discovery to provide necessary context for the constitutional issues we accepted for review in *Krajewski*, and which are evident here.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of September, 2014, the Petition for Allowance of Appeal is **GRANTED.** The order of the Superior Court is **VACATED,** and the case is **REMANDED** to the Superior Court to reconsider in light of our opinion in *Commonwealth v. Wallace,* —— Pa. ——, 97 A.3d 310 (2014), currently available at 2014 WL 3579692.

**COMMONWEALTH Of Pennsylvania, Petitioner**

v.

**Antonio VAZQUEZ, Respondent.**

Supreme Court of Pennsylvania.

Sept. 3, 2014.